**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| JACQUELINE SKEVINGTON, individually and on behalf of others similarly situated, | ) ) ) |
| | ) Case No. 1:21-cv-03105-JPH-MG |
| Plaintiff, | ) ) Judge James Patrick Hanlon |
| vs. | ) ) Magistrate Judge Mario Garcia |
| HOPEBRIDGE, LLC, | ) ) ) |
| Defendant. | ) ) |

***JOINT MOTION FOR PRELIMINARY APPROVAL OF REVISED CLASS ACTION
SETTLEMENT AGREEMENT AND RELEASE***

Plaintiff Jacqueline Skevington ("Plaintiff" or "Skevington") asserts claims, individually and as proposed representative of the proposed "Rule 23 Class" and Fair Labor Standards Act Collective ("FLSA Collective"), which relate to the payment of wages to employees of Defendant Hopebridge, LLC ("Defendant" or "Hopebridge"). Specifically, the Rule 23 Class and FLSA Collective consist of, with limited exceptions, all non-exempt, hourly-paid Registered Behavior Technicians ("RBTs") employed by Hopebridge at one or more of its locations in the United States at any time between December 28, 2019 and May 12, 2022. This Joint Motion seeks provisional certification of the Rule 23 Class for settlement purposes only pursuant to Federal Rule of Civil Procedure 23(b)(3), provisional certification of the FLSA Collective for settlement purposes only pursuant to 29 U.S.C. § 216(b), preliminary approval of the Settlement and Revised Class Action Settlement Agreement and Release ("Revised Agreement," attached as Exhibit 1), appointment of Robert Kondras, Daniel Bryant, and Matthew Coffman as Class/Collective Counsel, approval of the proposed Notice of Class/Collective Action Settlement

and Fairness Hearing ("Settlement Notice," which is attached to the Revised Agreement), and scheduling of the Fairness Hearing for the final approval of the Revised Agreement and Settlement.

      Consistent with this request, the Parties also jointly move the Court to enter an Order in the form of the attached Order Preliminarily Approving Revised Class Action Settlement Agreement and Release and Class/Collective Notice and Setting Fairness Hearing (attached as Exhibit 2). The grounds for this Joint Motion are more fully discussed in the accompanying Memorandum in Support.

Dated: November 21, 2023

Respectfully submitted,

/s/ Robert P. Kondras, Jr.
Robert P. Kondras, Jr., #18038-84
HASSLER KONDRAS MILLER LLP
100 Cherry Street
Terre Haute, IN 47807
(812) 232-9691
(812) 234-2881 Facsimile
kondras@hkmlawfirm.com

ATTORNEY FOR PLAINTIFF

/s/Erica Knear
Erica Knear #35028-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
eknear@taftlaw.com

Pamela S. Krivda (*pro hac vice*)
(OH Bar # 0041133)
Janica Pierce Tucker (*pro hac vice*)
(OH Bar # 0075074)
Jonathan N. Olivito (*pro hac vice*)
(OH Bar # 0092169)
Taft Stettinius & Hollister LLP
41 S. High Street, Suite 1800
Columbus, OH 43215
Telephone: (614) 221-2838
Facsimile: (614) 221-2007
pkrivda@taftlaw.com
jpierce@taftlaw.com
jolivito@taftlaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2023 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's filing system. Parties may access this filing through the Court's system.

      /s/Robert P. Kondras, Jr.
      Robert P. Kondras, Jr.